1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  HAI THAI, | Case No.:  3:25-cv-02436-RBM-MMP |
| 13                                   Petitioner, | **ORDER ADOPTING TENTATIVE RULING AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| 14  v. | |
| 15  KRISTI NOEM, Secretary of the Department of Homeland Security, et al., | |
| 16 | |
| 17                                   Respondents. | **[Docs. 1, 2]** |
| 18 | |

19

20          Pending before the Court are Petitioner Hai Thai's ("Petitioner") Petition for Writ

21   of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") (Doc. 1) and Motion for

22   Temporary Restraining Order ("TRO Motion").  (Doc. 2.)  After reviewing Respondents'

23   Response in Opposition to Petitioner's Habeas Petition and Application for Temporary

24   Restraining Order ("Response") (Doc. 7) and Petitioner's Traverse in Support of Petition

25   for Writ of Habeas Corpus ("Reply") (Doc. 9.), the Court issued a tentative ruling granting

26   the Petition.  (Doc. 10.)  The Court held a hearing on October 23, 2025.  (Doc. 11.)

27          The Court now adopts its tentative ruling.  For the reasons stated in the tentative

28   ruling, the Petition (Doc. 1) is **<u>GRANTED</u>**.  Accordingly:

1. Respondents are **ORDERED** to immediately release Petitioner from custody, subject to his preexisting Order of Supervision.

2. Petitioner's TRO Motion (Doc. 2) is **DENIED AS MOOT**.

    **IT IS SO ORDERED**.

DATE:  October 23, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE