

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Hai Thai

                                                **Plaintiff,**

                        V.

Kristi Noem, Secretary of the U.S Department of Homeland Security; (see attachment)

                                                **Defendant.**

Civil Action No. 25CV2436-RBM-MMP

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted.

Date:    10/23/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Petersen
                                J. Petersen, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>25CV2436-RBM-MMP</u>

Plaintiff

Hai Thai

v.

Defendant

Kristi Noem, Secretary of the U.S Department of Homeland Security; Pamela Jo Bondi, Attorney General of the United States; Todd M. Lyons, Acting Director U.S Immigration Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office; Christopher Larose, Warden at Otay Mesa Detention Center